IN THE SUPREME COURT OF THE STATE OF DELAWARE

DARREN STAATS, § 
§ No. 224, 2025
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2308015660 (N)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: November 24, 2025
Decided: January 30, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the Superior Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited in the Commissioner's April 8, 2025 report recommending that the appellant's motion for postconviction relief be summarily dismissed—a report and recommendation that the Superior Court adopted in its entirety on April 29, 2025.[1]

---

[1] *State v. Staats*, 2025 WL 1042141 (Del. Super. Ct. Apr. 8, 2025) (Commissioner's report and recommendation).

NOW, THEREFORE, IT IS ORDERED that the appellee's motion to affirm be GRANTED and judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice